Matter of Andrew R. (Kim C.) (2025 NY Slip Op 04792)

Matter of Andrew R. (Kim C.)

2025 NY Slip Op 04792

Decided on August 27, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on August 27, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

LARA J. GENOVESI, J.P.
DEBORAH A. DOWLING
LILLIAN WAN
JANICE A. TAYLOR, JJ.

2023-06697
 (Docket No. N-4668-19)

[*1]In the Matter of Andrew R. (Anonymous). Administration for Children's Services, petitioner-respondent; Kim C. (Anonymous), appellant, et al., respondent.

Cheryl Charles-Duval, Brooklyn, NY, for appellant.
Muriel Goode-Trufant, Corporation Counsel, New York, NY (Deborah A. Brenner and Karin Wolfe of counsel), for petitioner-respondent.
Twyla Carter, New York, NY (Dawne Mitchell and Diane Pazar of counsel), attorney for the child.

DECISION & ORDER
In a proceeding pursuant to Family Court Act article 10, the mother appeals from an order of disposition of the Family Court, Queens County (Joan L. Piccirillo, J.), dated June 30, 2023. The order of disposition, insofar as appealed from, after a permanency hearing, in effect, continued the subject child's placement in the custody of the Commissioner of Social Services of the City of New York until the completion of the next permanency hearing or further order of the court.
ORDERED that the appeal is dismissed as academic, without costs or disbursements.
The mother's appeal from so much of the order of disposition dated June 30, 2023, as, after a permanency hearing, in effect, continued the subject child's placement in the custody of the Commissioner of Social Services of the City of New York until completion of the next permanency hearing or further order of the court must be dismissed as academic, as that portion of the order has expired by its own terms and has been superseded by subsequent permanency orders from which the mother has not appealed (see Matter of Luna O. [Eneudis T.O.], 232 AD3d 799, 800; Matter of Alisha S. [Carine S.-K.], 223 AD3d 827, 828; Matter of Cecile D. [Kassia D.], 189 AD3d 1036, 1036-1037).
GENOVESI, J.P., DOWLING, WAN and TAYLOR, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court